1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA STEIN,<br><br>        Plaintiff,<br><br>  vs.<br><br>MAXWELL TECHNOLOGIES, INC., et al.<br><br>        Defendants. | CASE NO. 19cv395-LAB (JLB)<br><br>**ORDER GRANTING EXTENSION OF TIME [Dkt. 14]** |

   For good cause shown, the parties' joint motion to extend the time for Defendants to respond to Plaintiff's complaint is **GRANTED**.  Dkt. 14.  Defendants shall file their response by **May 31, 2019**.

   **IT IS SO ORDERED**.

Dated: May 6, 2019

*Larry A. Burns*
_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -